THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sam Russ Rush,       
Appellant.
 
 
 

Appeal From Darlington County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2003-UP-331
Submitted March 26, 2003  Filed May 
 15, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Jay E. Hodge, Jr., of Cheraw; for Respondent.
 
 
 

PER CURIAM: Sammie Rush was indicted for 
 forgery less than five thousand dollars  and distribution of crack cocaine.  
 Rush pled guilty to both charges.  He was sentenced to five years, suspended 
 upon the service of three years and three years probation.  Rush appeals, arguing 
 his plea was given involuntarily in violation of Boykin v. Alabama, 395 
 U.S. 238 (1969). Counsel for appellant filed a brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), asserting that there were no meritorious 
 grounds for appeal and requesting permission to withdraw from further representation.  

After a careful examination of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels motion to be relieved.
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF JJ., concur.